### 19756. KENNEMER *v.* SHAHAN.

DECIDED JULY 9, 1929.

*M. B. Eubanks,* for plaintiff.
*O. R. Hardin, Norman Shattuck,* for defendant.

BLOODWORTH, J. As to actions for damages on account of a malicious prosecution the statute provides that "the prosecution must be ended before the right of action accrues." Civil Code (1910), § 4446. Realizing this, counsel for the plaintiff alleged, in paragraph 9 of his petition, that the prosecutor "did on July 1, 1927, voluntarily abandon said prosecution, and the solicitor-general of said court declined to prosecute said case at said date, and the prosecution therefore terminated in favor of plaintiff." However, these allegations were not supported by proof, and the court properly granted a nonsuit. *Waters* v. *Winn,* 142 *Ga.* 138 (82 S. E. 537, L. R. A. 1915A, 601, Ann. Cas. 1915D, 1248) ; *Garrett* v. *Foy & Adams Co.,* 21 *Ga. App.* 614 (2) (94 S. E. 822) ; *Rogers Co.* v. *Murray,* 35 *Ga. App.* 49 (132 S. E. 139) ; *Fulton Grocery Co.* v. *Maddox,* 111 *Ga.* 260 (36 S. E. 647).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*